IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARON RAY BARNETT**                                                                                           **PLAINTIFF**

V.                              CASE NO.  4:22-cv-00306 JM

**MONTICELLO POLICE**
**DEPARTMENT,** *et al.*                                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE